Lawrence E. Smith, Plaintiff-Appellee, v. Bregstone's, Inc., Defendant-Appellant, and First National Bank of Chicago, as Trustee under Trust Agreement No. 33,464, Defendant.

Gen. No. 11,024.

Second District.

June 5, 1957.

Rehearing denied June 27, 1957.

Released for publication June 27, 1957.

Stephen C. Miller and Norman R. Walker, for appellant; Robert G. Graham, for appellee. JUSTICE EOVALDI delivered the opinion of the court. Not to be published in full.